**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SONU KUMAR,

      *Petitioner*,

v.                                                                  Case No. 3:26-cv-763-WWB-SJH

WARDEN, BAKER CORRECTIONAL
INSTITUTION, et al.,

      *Respondents*.

_____

**ORDER**

      THIS CAUSE is before the Court on the parties' Stipulation of Voluntary Dismissal

(Doc. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Clerk is directed to

terminate all pending motions and close the file.

      **DONE AND ORDERED** in Jacksonville, Florida, on May 26, 2026.

                              WENDY W. BERGER
                              UNITED STATES DISTRICT JUDGE

Jax-7
Copies to:
Counsel of Record